

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00327-CR

Brent Eugene **BAILEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11769
Honorable Jefferson Moore, Judge Presiding

**ORDER**

In accordance with the opinion of this date, this appeal is DISMISSED for lack of jurisdiction.

It is so **ORDERED** on July 20, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_____
Michael A. Cruz, Clerk of Court